AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 27, 2020

SEAN F. McAVOY, CLERK

United States of America
v.

JAMES GARZA

*Defendant(s)*

Case No. 4:20-MJ-07227-MKD

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 23, 2020 in the county of Franklin in the Eastern District of Washington, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 841(a)(1), (b)(1)(A) | Distribution of Over 50 Grams of Actual Methamphetamine |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

CAMERON BENTZ
Digitally signed by CAMERON BENTZ
Date: 2020.08.27 16:49:53 -04'00'

*Complainant's signature*

Cameron Bentz, Special Agent, DEA
*Printed name and title*

☒ Sworn to telephonically and signed electronically
☐ Sworn to before me and signed in my presence.

Date: August 27, 2020

*M. K. Dimke*

*Judge's signature*

City and state: Richland, Washington

Mary K. Dimke, U.S. Magistrate Judge
*Printed name and title*

AUSA: BDS     FRANKLIN COUNTY

COMPLAINT AFFIDAVIT

I, Cameron Bentz, a Special Agent of the Drug Enforcement Administration being first duly sworn, hereby depose and state as follows:

1.     On July 23, 2020, DEA and local law enforcement agents used a confidential source ("CS") to make a controlled purchase of one (1) pound of methamphetamine from James GARZA.  The CS was searched before the deal and no contraband was found.  The CS was equipped with an audio/video recording device.  DEA maintained surveillance of the CS during the deal.  The deal took place at a location in Pasco.  DEA observed GARZA meet with the CS, then travel to a storage facility, then return to the CS.  GARZA entered the CS's vehicle for a brief period, then exited the CS vehicle and returned to his residence.  The CS met with DEA and handed over approximately one pound of a crystal substance.  The DEA Western Regional Lab reported that Exhibit 1 was 74% pure methamphetamine hydrochloride.

2.     On August 18, 2020, DEA used the CS to purchase two (2) pounds of methamphetamine from GARZA.  The CS was searched before the deal and no contraband was found.  The CS was equipped with an audio/video recording device.  DEA maintained surveillaince of the CS during the deal.  The deal took place at a location in Pasco.  DEA observed GARZA meet briefly with the CS,

1

then depart the area.  The CS met with DEA and handed over approximately two pounds of a crystal substance.  The substance field tested positive for methamphetamine, had a gross weight of 928.6 gg, and was sent to the lab for testing.

3. On August 27, 2020, DEA executed search warrants at GARZA's residence and a storage unit used by GARZA.  No large quantity of methamphetamine was found, however, in the storage unit DEA found used methamphetamine packaging and methamphetamine residue on the floor.  Post-Miranda, GARZA admitted to selling pound quantities of methamphetamine on multiple occasions.  When asked where he stored the methamphetamine, GARZA stated he did not keep any on hand.

Respectfully submitted,

CAMERON BENTZ
Digitally signed by CAMERON BENTZ
Date: 2028.08.27 16:50:33 -04'00'

Cameron Bentz
Special Agent
Drug Enforcement Administration

Sworn to telephonically and subscribed electronically on August __27th__, 2020.

*m. k. Dimke*

MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

2