FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 27, 2020

SEAN F. McAVOY, CLERK

## CHARGES AND PENALTIES

**CASE NAME:** U.S. v. James Garza      **CASE NO.** 4:20-MJ-07227-MKD

TOTAL # OF COUNTS: 1      X  FELONY      ___ MISDEMEANOR      ___ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 21 USC § 841(a)(1), (b)(1)(A) | Distribution of Over 50 Grams of Actual Methamphetamine | At least 10 years and up to life imprisonment, $10,000,000 fine, or both, at least 5 years of supervised release, and a $100.00 special assessment and denial of certain federal benefits. |