# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K Dimke
### Richland

**USA v.  JAMES GARZA**                              Case No.    4:20-MJ-7227-MKD-1

Video Conference
The Defendant agreed to appear via video conference.

## Initial Appearance on Complaint:                                          08/28/2020

| | | | |
|---|---|---|---|
| ☒ | Pam Howard, Courtroom Deputy [Y] | ☒ | Benjamin Seal, US Atty (video) |
| | | ☒ | Craig Webster, Defense Atty (video) |
| ☒ | Janie Coronado and Dan Manning, US Probation / Pretrial Services Officers (tele) | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present in custody USM appearing by video from Benton County Jail | | |

| | | | |
|---|---|---|---|
| ☒ | USA Motion for Detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☒ | Financial Affidavit (CJA 23) filed | ☒ | Defendant to be mailed a copy of charging document by Defense |
| ☒ | The Court will appoint the Federal Defenders | ☒ | Defense has read charging document to Defendant prior to Court |
| ☐ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☐ | Charging document read in open court |
| ☒ | Supplemental PRE-Trial Services Report ordered | ☐ | POST Pre-Trial Services Report ordered |

## REMARKS

    Due to the current COVID-19 public health crisis, all parties including Defendant, appeared by video or teleconference.
    Defendant was assisted by counsel and advised of their rights and the allegations contained in the charging document.
    The Defendant acknowledged to the Court that their true and correct name is: James Gerald Garza.

**The Court ordered:**
    1.  Defendant shall be detained by the U. S. Marshal until further order of the Court.

| **Detention Hrg:**<br><br>09/02/2020 @ 2:00 p.m. [Y/MKD]<br>(Video Conf) | **Preliminary Hrg:**<br><br>09/11/2020 @ 10:00 a.m. [Y/MKD]<br>(Video Conf) |
|---|---|