Paul Shelton
Federal Defenders of Eastern Washington & Idaho
306 E. Chestnut Ave.
Yakima, WA 98901
(509) 248-8920

Attorney for Defendant
James Garza

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
The Honorable Mary K. Dimke

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br> v.<br><br>James Garza,<br><br>      Defendant. | No. 4:20-MJ-7227-MKD<br><br>**Notice of Appearance** |

Please take notice that Paul Shelton of the Federal Defenders of Eastern Washington and Idaho hereby enters his appearance as counsel of record in this matter. All future correspondence and court filings should be forwarded directly to the address listed above.

//

//

Notice of Appearance: 1

Dated: August 28, 2020.

By s/ Paul Shelton
Paul Shelton, 52337
Federal Defenders of Eastern Washington and Idaho
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920
(509) 248-9118 fax
Paul_Shelton@fd.org

### Certificate of Service

I hereby certify that on August 28, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Benjamin D. Seal, Assistant United States Attorneys.

s/ Paul Shelton
Paul Shelton

Notice of Appearance: 2